## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY COBLE,

    Plaintiff,

        v.

PETER DAMITER, et al.,

    Defendants.

No. 3:11-cv-1276

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

### ORDER

**NOW** this __6__ day of August, 2012, upon review of Magistrate Judge Carlson's

Report and Recommendation (Doc. 27) for plain error or manifest injustice, **IT IS HEREBY**

**ORDERED** that:

(1)    The Report and Recommendation is **ADOPTED**.

(2)    Defendants' Motion for Summary Judgment (Doc. 20) is **GRANTED** with respect to Defendants Kephardt, Kevalchick, and Sackett;

(3)    Defendants' Motion for Summary Judgment is **GRANTED** with respect to Plaintiff's Fourteenth Amendment claim;

(4)    Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's Eighth Amendment failure-to-protect claims; and

(5)    This case shall be placed on the **November 2012** trial list.  A pretrial scheduling order will follow.

A. Richard Caputo
United States District Judge